IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| BOARD OF COUNTY OF COMMISSIONERS )<br>OF THE COUNTY OF BERNALILLO )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTURON DETENTION HEALTH )<br>SERVICES, LLC, and COLUMBIA CASUALTY )<br>COMPANY, )<br>)<br>Defendants. ) | Civil Action No. **1:23-cv-01103** |

## ENTRY OF APPEARANCE

Jessica I. Brown, an attorney with the law firm of Husch Blackwell LLP, hereby enters her appearance in the above-captioned matter on behalf of Defendants Centurion Detention Health Services, LLC and Columbia Casualty Company.

Dated: December 14, 2023.                    Respectfully submitted,

HUSCH BLACKWELL LLP

By: */s/ Jessica I. Brown*
Jessica I. Brown, #NM153165
2415 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Ph: 480-824-7890
Jessica.Brown@huschblackwell.com

*Counsel for Defendants Centurion Detention Health Services, LLC and Columbia Casualty Company*

1

HB: 4853-5977-4103.1

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the foregoing has been electronically filed with the Court via the Court's CM/ECF electronic filing system, and served by electronic mail this 14th day of December 2023 upon:

> Robert E. Hanson
> PEIFER, HANSON, MULLINS & BAKER, P.A.
> Post Office Box 25245
> Albuquerque, NM 87125-0245
> Ph: (505) 247-4800
> Email: rhanson@peiferlaw.com
>
> *Counsel for the Board of County Commissioners of the County of Bernalillo*

HUSCH BLACKWELL LLP

*/s/ Jessica I. Brown*

Jessica I. Brown
